## L. C. SMITH V. BRAZORIA COUNTY ET AL.

Application No. 14344.   Decided November 25, 1925.

(278 S. W., 177).

**Writ of Error—Errors Not Assigned.**

Refusing writ of error in Farmers' State Bank v. Brazoria County, 275 S. W., 1103, the court does not consider nor pass on the correctness of the ruling as to the rate of interest allowed, that question not being raised by petitioner's assignments of error in this court. (P. 148.)

Application by Smith for writ of error to the Court of Civil Appeals for the First District, in an appeal from Brazoria County. The writ was refused in a memorandum opinion *per curiam.*

*Boyles, Brown & Scott,* for petitioner.

PER CURIAM: The application for writ of error is refused. The question of the amount of interest allowed in this case not having been presented in the application for writ of error has not been considered.